JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY GUTIERREZ, | Case No. CV 20-10678-JWH (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WARDEN, | |
| Respondent. | |

   Pursuant to the Order Dismissing Action Without Prejudice,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 4, 2021

JOHN W. HOLCOMB
U.S. DISTRICT JUDGE